# RICHARD CARDINALE

**ATTORNEY AT LAW**
**26 COURT STREET, SUITE 1815**
**BROOKLYN, NEW YORK 11242**
**(718) 624-9391**

Facsimile: (718) 624-4748
E-mail: richcardinale@gmail.com

January 27, 2012

The Honorable Brian M. Cogan
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:  *Lovelace v. City of New York*, 11 CV 4437 (BMC)

Your Honor:

      I represent the plaintiff.  I write to inform the Court that the parties have agreed to settle this matter.  A stipulation of settlement and dismissal will be filed promptly.

      Respectfully,

      /s/

      Richard Cardinale

Copy: Andrew Wenzel